IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

GAIL A. HUGGINS

    Plaintiff,

vs.                                                                            No.10-cv-00250-JAP-DJS

ALBUQUERQUE BERNALILLO COUNTY
WATER UTILITY AUTHORITY, and
DIRECTOR MARK SANCHEZ, in his individual
and official capacity,

    Defendants.

## MEMORANDUM OPINION AND ORDER

At a pre-trial conference on January 6, 2011, counsel for Plaintiff Gail Huggins stated on the record that the Count 4 of Huggins' Complaint (Doc. No. 1-1) should be dismissed with prejudice. Counsel for Defendants Albuquerque Bernalillo County Water Utility Authority and Director Mark Sanchez concurred in the dismissal of Count 4.

IT IS ORDERED THAT Count 4 of Plaintiff Gail Huggins' Complaint (Doc. No. 1-1) is dismissed with prejudice.

_____
SENIOR UNITED STATES DISTRICT JUDGE